AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE MIGUEL MANRIQUEZ-MARTINEZ

**APPEARANCE**

Case Number: 07MJ2478

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
JOSE MIGUEL MANRIQUEZ-MARTINEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/19/2007 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD    238732 |
| | Print Name                                Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City          State          Zip Code |
| | (619) 234-8467          (619) 687-2666 |
| | Phone Number            Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 19, 2007                              /s/ Shaffy Moeel
                                                              SHAFFY MOEEL
                                                              Federal Defenders of San Diego, Inc.
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              e-mail: Shaffy_Moeel@fd.org