UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2007 NOV -1  A 1: 04

SOUTH

UNITED STATES OF AMERICA, )
                                    )
            Plaintiff              )      CRIMINAL NO. 07cr2998-BEN
                                    )                    07mj2478
                                    )
            vs.                    )      ORDER
                                    )
Jose Miguel Manriquez-             )      RELEASING MATERIAL WITNESS
                                    )
            Defendant(s) Martinez  )      Booking No. 05299298
                                    )

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Maria Elena Rios - Franco

DATED: 11-1-07

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
            Deputy Clerk