UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2007 NOV -1  A 1: 04

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SCU |
| Plaintiff ) | 07CR 2998-BEN |
| ) | CRIMINAL NO. _07mj 2478_ |
| vs. ) | ORDER |
| *Jose Miguel Manriquez -* ) | RELEASING MATERIAL WITNESS |
| *Martinez* ) | |
| Defendant(s) ) | Booking No. 052992928 |

On order of the United States District/Magistrate Judge.   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / <u>Case Disposed</u> / Order of Court).

*Victor Lopez - Balcazar*

DATED:   *11-1-07*

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____

DUSM

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____

Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082