UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2007 NOV -1 A 1:04

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>Jose Miguel Manriquez- )<br>Defendant(s) Martinez ) | 07CR2998-BEN<br>CRIMINAL NO. 07mj2478<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. 05299298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

America Sarahy Ramirez-Araiza

DATED: 11-1-07

William McCurine, Jr.
Ac Cur
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR
W. SAMUEL HAMRICK, JR.  Clerk
by _____
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082